No. 2011R01089 **CR11 00656 LHK**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SEALED BY ORDER OF THE COURT*

FILED HRL
2011 SEP 14  P 3: 36

*SAN JOSE DIVISION*

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

---

### THE UNITED STATES OF AMERICA

*vs.*

JOSE EZEQUIEL MONROY,

a/k/a Jesus Alatorre, a/k/a "Huesos" or "Bones"

---

# INDICTMENT

**SEE ATTACHMENT**

---

*A true bill.*

_Mary Elizabeth Sladek_
**Foreperson**

*Filed in open court this* __14__ *day of* __Sept.__

*A.D. 2011*

_____
UNITED STATES MAGISTRATE JUDGE

*Bail.* $ __No Bail Arrest Warrant__

DOCUMENT NO. 1  CSA's INITIALS
DISTRICT COURT CRIMINAL CASE PROCESSING

## ATTACHMENT TO INDICTMENT COVER

### U.S.

### v.
### JOSE EZEQUIEL MONROY,
a/k/a Jesus Alatorre,
a/k/a "Huesos" or "Bones

**Count One, Three, and Five**: 21 U.S.C. § 841 – -Possession With Intent to Distribute and Distribution of Methamphetamine;

**Count Two, Four, Six and Seven**: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm;

MELINDA HAAG (CABN 132612)
United States Attorney

**FILED**

2011 SEP 14 P 3 36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

*SEALED BY ORDER OF THE COURT*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CR 11 00656 LHK HRL** |
| Plaintiff, | ) | VIOLATIONS: 21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Methamphetamine (Three Counts); 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Four Counts) |
| v. | ) | |
| JOSE EZEQUIEL MONROY, a/k/a Jesus Alatorre, a/k/a "Huesos" or "Bones," | ) | SAN JOSE VENUE |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>:    (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Methamphetamine)

On or about December 18, 2009, in the Northern District of California, the defendant,

JOSE EZEQUIEL MONROY,
a/k/a Jesus Alatorre,
a/k/a "Huesos" or "Bones,"

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, specifically, 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

INDICTMENT

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

COUNT TWO: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about December 18, 2009, in the Northern District of California, the defendant,

JOSE EZEQUIEL MONROY,
a/k/a Jesus Alatorre,
a/k/a "Huesos" or "Bones,"

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, an Intratec TEC-DC9 9mm millimeter semiautomatic handgun, bearing serial number D024621, in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE: (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Methamphetamine)

On or about January 13, 2010, in the Northern District of California, the defendant,

JOSE EZEQUIEL MONROY,
a/k/a Jesus Alatorre,
a/k/a "Huesos" or "Bones,"

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, specifically, 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

COUNT FOUR: (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about February 4, 2010, in the Northern District of California, the defendant,

JOSE EZEQUIEL MONROY,
a/k/a Jesus Alatorre,
a/k/a "Huesos" or "Bones,"

having been previously convicted of a crime punishable by a term of imprisonment exceeding

INDICTMENT                                                  2

1 | one year, did knowingly possess a firearm, namely, a Winchester shotgun, model 1300 Defender,
2 | caliber 12 gauge, bearing serial number L2214998, in and affecting interstate commerce.
3 |     All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT FIVE:    (21 U.S.C. § 841(a)(1) – Possession With Intent to Distribute and Distribution of Methamphetamine)

On or about March 2, 2010, in the Northern District of California, the defendant,

JOSE EZEQUIEL MONROY,
a/k/a Jesus Alatorre,
a/k/a "Huesos" or "Bones,"

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, specifically, 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

COUNT SIX:    (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

On or about March 2, 2010, in the Northern District of California, the defendant,

JOSE EZEQUIEL MONROY,
a/k/a Jesus Alatorre,
a/k/a "Huesos" or "Bones,"

having been previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, namely, a Norinco model MAK-90 rifle, caliber 7.62x39mm, bearing serial number MS501909, in and affecting interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

//
//
//
//

INDICTMENT                                        3

1  COUNT SEVEN:    (18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm)

2  On or about March 9, 2010, in the Northern District of California, the defendant,

3  JOSE EZEQUIEL MONROY,
a/k/a Jesus Alatorre,
4  a/k/a "Huesos" or "Bones,"

5  having been previously convicted of a crime punishable by a term of imprisonment exceeding

6  one year, did knowingly possess the following firearms: (1) a Charter Arms revolver, model

7  Undercover, caliber .38, bearing serial number 689473; and (2) a Mossberg shotgun, model

8  500A, caliber 12 gauge, bearing serial number L349718, each in and affecting interstate

9  commerce.

10  All in violation of Title 18, United States Code, Section 922(g)(1).

13  DATED:                                              A TRUE BILL.

14  September 14, 2011                          *Mary Elizabeth Sladek*
15                                                       FOREPERSON

16  MELINDA HAAG
United States Attorney

18  *[signature]*
19  AMBER S. ROSEN
Deputy Chief, San Jose Branch

21  (Approved as to form: *[signature]*)
                         AUSA KALEBA

INDICTMENT                                            4

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

SEALED BY ORDER OF THE COURT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
2011 SEP 14 P 3:36
RICHARD W. WIEKING

**DEFENDANT - U.S**
JOSE EZEQUIEL MONROY,
a/k/a Jesus Alatorre, a/k/a "Huesos" or "Bones"

DISTRICT COURT NUMBER
CR 11 00656 HRL / LHK

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**PROCEEDING**
Name of Complaintant Agency, or Person (& Title, if any)
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  Melinda Haag
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  AUSA DANIEL KALEBA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:     Before Judge:

Comments:

# ATTACHMENT TO PENALTY SHEETS

U.S.
v.
JOSE EZEQUIEL MONROY,
a/k/a Jesus Alatorre,
a/k/a "Huesos" or "Bones

**Count One, Three, and Five**: 21 U.S.C. § 841(a)(1)-Possession With Intent to Distribute and Distribution of Methamphetamine

    i    Imprisonment:    5 years mandatory minimum
                                          40 years maximum

    ii.    Fine:    maximum $ 4,000,000

    iii.    Supervised release:    mandatory minimum 4-year release
                                          life maximum

    iv.    Special assessment:    $100

*If 21 U.S.C. § 851 Information alleging one prior felony narcotics conviction FILED:*

    i    Imprisonment:    10 years mandatory minimum
                                          life imprisonment maximum

    ii.    Fine:    maximum $ 4,000,000

    iii.    Supervised release:    mandatory minimum 8-year release
                                          life maximum

    iv.    Special assessment:    $100

**Count Two, Four, Six and Seven**: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm

    i    Imprisonment:    10 years maximum

    ii.    Fine:    maximum $ 250,000

    iii.    Supervised release:    3-year release

    iv.    Special assessment:    $100