1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MONROY

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,        )    No. CR 11-00656 LHK
12                                   )
            Plaintiff,               )    **STIPULATION TO CONTINUE**
13                                   )    **STATUS HEARING;  [PROPOSED]**
        v.                           )    **ORDER**
14                                   )
   JOSE EZEQUIEL MONROY,             )
15                                   )    HONORABLE LUCY H. KOH
            Defendant.               )
16  _____ )

17       Defendant and the government, through their respective counsel, subject to the court's

18  approval, hereby stipulate that the Court continue the status hearing in the above-captioned

19  matter, presently scheduled for, January 11, 2012 at 10:00 a.m., to February 8, 2012, at 10:00

20  a.m.  The reason for the stipulation is as follows. On November 6, 2011, defense counsel's

21  eighty-eight year old mother broke her hip.  On November 9, 2011, defense counsel made his

22  final argument in the case of United States vs. Suibin Zhang.  CR 05-00812 RMW.  Between

23  November 9, 2011, through November 25, 2011, defense counsel took leave to attend to his

24  mother who after overcoming complications, had hip surgery on November 12, 2011.  A number

25  of complications arose due to counsel's mother's age, health, and the effects of major surgery.

26  On November 22, 2011, counsel's mother's doctors sent her home where she received hospice

1  care and with the expectation that she would die shortly.   Counsel's mother died on December

2  13, 2011, and was buried on December 20, 2011.  Because of these reasons and counsel's case

3  load, he has not had sufficient time to complete his investigation. Defense counsel will also not

4  be available during the week of January 3, 2012, and therefore cannot complete his work during

5  that week.

6          The parties further agree and stipulate that time should be excluded from and including

7  January 11, 2012, through and including February 8, 2012, to provide counsel reasonable time to

8  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly,

9  the United States and the defendant agree that granting the requested exclusion of time will serve

10  the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

11  Dated: January 4, 2012

12                                    _____/s/_____
                                      MANUEL  ARAUJO
13                                    Assistant Federal Public Defender

14  Dated: January 4, 2012

                                      _____/s/_____
15                                    DANIEL KALEBA
                                      Assistant United States Attorney
16
                                      [PROPOSED] ORDER
17

18          Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

19  conference hearing in the above-captioned matter shall be continued from January 11, 2012, at

20  10:00 a.m., to February 8, 2012, at 10:00 a.m.  It is further ordered that the period of delay from

21  January 11, 2012, through and including February 8, 2012, be excluded for purposes of Speedy

22  Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and

23  3161(h)(7)(B)(iv).

24  Dated:___1/6/12_____
                                      _Lucy H. Koh_____
25                                    HONORABLE LUCY H. KOH
                                      United States District Judge

26

Stipulation to Continue Status Hearing;
[Proposed] Order
No. CR 11-00656 LHK                    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26