MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail:  daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR  11-00656 LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS APPEARANCE AND EXCLUDING TIME FROM FEBRUARY 8, 2012 TO FEBRUARY 29, 2012 |
| JOSE EZEQUIEL MONROY,<br>  a/k/a Jesus Alatorre,<br>  a/k/a "Huesos" or "Bones," | ) | |
| Defendant. | ) | |

     The defendant, JOSE EZEQUIEL MONROY, represented by Manuel Araujo, Assistant Federal Public Defender, and the government, represented by Daniel R. Kaleba, Assistant United States Attorney, jointly request that the appearance set for February 8, 2012 be continued to February 29, 2012. Counsel for the government will be unavailable on February 8, 2012 because he will be out of town to attend a funeral.  Further, the parties have discussed a resolution in the matter, and both parties would  benefit from additional time to conduct the necessary investigation, including into both the facts of this case, as well as the criminal history of the defendant, to reach a possible resolution.

//

STIP. AND [PROPOSED] ORDER

1   The parties also jointly request an exclusion of time under the Speedy Trial Act between February 8, 2012 and February 29, 2012, because additional time is necessary to review the discovery and to conduct necessary investigation.

IT IS SO STIPULATED.

Dated: February 8, 2012                                    /s/
                                                          MANUEL ARAUJO
                                                          Attorney for Defendant
                                                          JOSE EZEQUIEL MONROY


Dated: February 8, 2012                                    /s/
                                                          DANIEL R. KALEBA
                                                          Assistant United States Attorney


Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 8, 2012 and February 29, 2012 would unreasonably deny the ~~defendant~~ government continuity of counsel and would deny ~~counsel~~ both the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 8, 2012 and February 29, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 8, 2012 and February 29, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 2/7/12                                    _____
                                                 LUCY H. KOH
                                                 United States District Judge

STIP. AND [~~PROPOSED~~] ORDER                    -2-