1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant MONROY

6

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,        )    No. CR 11-00656 LHK
                                    )
12        Plaintiff,                )
                                    )    **STIPULATION TO CONTINUE**
13   v.                             )    **STATUS HEARING TO MAY 2, 2012;**
                                    )    **[PROPOSED] ORDER**
14 JOSE EZEQUIEL MONROY,            )
                                    )
15        Defendant.                )    HONORABLE LUCY H. KOH
                                    )

16

17

18                              **STIPULATION**

19      Defendant and the government, through their respective counsel, subject to the court's

20 approval, hereby stipulate that the Court continue the status hearing in the above-captioned

21 matter, presently scheduled for, March 28, 2012 at 9:00 a.m., to May 2, 2012, at 10:00 a.m. The

22 reason for the stipulation is as follows. Counsel for Mr. Monroy needs additional time to

23 complete the investigation suggested by his discussions with his client and needs additional time

24 to discuss with the assistance an interpreter the plea offer recently extended by the government.

25      The parties further agree and stipulate that time should be excluded from and including

26 March 28, 2012, through and including May 2, 2012, to provide counsel reasonable time to

1  prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly,

2  the United States and the defendant agree that granting the requested exclusion of time will serve

3  the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

4  Dated: March 26, 2012

5  
                                           /s/
                                 MANUEL ARAUJO

6                                   Assistant Federal Public Defender

7  Dated: March 26, 2012

8                                      /s/
                                 DANIEL KALEBA

9                                   Assistant United States Attorney

11  
12                                [~~PROPOSED~~] ORDER

13      Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

14  conference hearing in the above-captioned matter is continued from March 28, 2012, at 9:00

15  a.m., to May 2, 2012, at 9:00 a.m. It is further ordered that the period of delay from March 28,

16  2012, through and including May 2, 2012, be excluded for purposes of Speedy Trial Act

17  computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and

18  3161(h)(7)(B)(iv).

19  Dated: 3/27/12

20                                  *Lucy H. Koh*
                                HONORABLE LUCY H. KOH

21                                  United States District Judge

22  *[Handwritten]: Finding based on defense counsel's ongoing*

23  *investigation + thus need for time (reasonable) for effective*

24  

25  *preparation, taking into account the exercise*

26  *of due diligence. Lucy H. Koh*

Stipulation to Continue Status Hearing;
[Proposed] Order
No. CR 11-00656 LHK                                    2