1  GEOFFREY A. HANSEN,
   Acting Federal Public Defender
2  MANUEL U. ARAUJO,
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MONROY

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                      SAN JOSE DIVISION

10

11 UNITED STATES OF AMERICA,       )   No. CR 11-00656 LHK
                                   )
12         Plaintiff,               )
                                   )   **AMENDED STIPULATION TO**
13     v.                           )   **CONTINUE STATUS HEARING TO**
                                   )   **MAY 30, 2012; [PROPOSED] ORDER**
14 JOSE EZEQUIEL MONROY,           )
                                   )
15         Defendant.               )   HONORABLE LUCY H. KOH
                                   )

16

17

18                          **STIPULATION**

19     Defendant and the government, through their respective counsel, subject to the court's

20 approval, hereby stipulate that the Court continue the status hearing in the above-captioned

21 matter, presently scheduled for, May 2, 2012 at 9:00 a.m., to May 30, 2012, at 9:00 a.m.  The

22 reason for the stipulation is as follows.  Counsel for Mr. Monroy needs additional time to

23 complete the investigation suggested by his discussions with his client and needs additional time

24 to discuss with the assistance an interpreter the plea offer recently extended by the government.

25 In addition, defense counsel is a member of the Federal Public Defender's Office hiring

26 committee which will be conducting all-day interviews on May 2, 2012.

The parties further agree and stipulate that time should be excluded from and including May 2, 2012, through and including May 30, 2012, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Dated: April 25, 2012

_____/s/_____
MANUEL  ARAUJO
Assistant Federal Public Defender

Dated: April 25, 2012

_____/s/_____
DANIEL KALEBA
Assistant United States Attorney

### [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status conference hearing in the above-captioned matter is continued from May 2, 2012, at 9:00 a.m., to May 30, 2012, at 9:00 a.m.  It is further ordered that the period of delay from May 2, 2012, through and including May 30, 2012, be excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated:   4/26/12

_____
HONORABLE LUCY H. KOH
United States District Judge