IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00656 LHK |
| ) | |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER TO CONTINUE |
| vs. ) | HEARING AND EXCLUDE TIME |
| ) | |
| JOSE EZEQUIEL MONROY, ) | |
|   a.k.a. Jesus Alatorre, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the hearing currently set for Wednesday, August 8, 2012, shall be continued to Wednesday, September 5, 2012, at 9:00 a.m.

It is further ordered that the time through and including Wednesday, September 5, 2012, shall be excluded in computing the time within which trial must commence as the reasonable time necessary for effective preparation and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Dated: August __7__, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

[Proposed] Order to Continue Sentencing Hearing
CR-11-00656 LHK                                  1